STATE OF MISSOURI, Respondent, v. LEE RANDALL, Appellant.

St. Louis Court of Appeals, February 1, 1898.

Reversed for same reason stated in *State v. Randall*, page 463, *ante*.

*Appeal from the Webster Circuit Court.*—HON. ARGUS COX, Judge.

REVERSED AND DEFENDANT DISCHARGED.

BLAND, P. J.—This case is controlled by the decision in the case of *State v. Lee Randall*, handed down at this term, and for the reasons stated in that opinion the judgment in this case is reversed and the defendant discharged. All concur.